**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> THEOKARY, RAFAIL <br><br> Debtor(s) | CHAPTER 7 <br><br> CASE NO. 07-11008 DWS <br><br> HONORABLE Diane Weiss Sigmund |

**LIMITED RESPONSE OF GARY F. SEITZ OF RAWLE & HENDERSON LLP TO MOTION OF JEFFREY R. POCARO FOR ADMISSION *PRO HAC VICE***

Gary F. Seitz, a partner in the firm of Rawle & Henderson LLP, submits this limited response to the motion of Jeffrey R. Pocaro for admission *pro hac vice*.

1. At the hearing before the court on November 4, 2008, I moved the admission *pro hac vice* of Mr. Pocaro for the limited purpose of that conducting only that hearing.

2. It was not my intention to move Mr. Pocaro's admission for any other purposes.

3. In reviewing the docket it appears that on February 3, 2009, Mr. Pocaro formally moved the court for his admission *pro hac vice*.

4. In his moving papers, Mr. Pocaro indicates that he "designates" the undersigned as his local counsel based on the temporary sponsorship for the hearing in November.

5. I was not consulted about acting as local counsel for any purpose beyond the hearing in November.

6. I have not agreed to act as local counsel for Mr. Pocaro and his client for any other purpose in this case.

7. I have advised Mr. Pocaro and understand that Mr. Pocaro will engage counsel admitted to this court to move his *pro hac vice* admission and act as his local counsel.

Dated:   February 23, 2009                                     /s/  Gary F. Seitz
                                                                                    GARY F. SEITZ

RAWLE & HENDERSON LLP
THE WIDENER BUILDING
ONE SOUTH PENN SQUARE 16th FL
PHILADELPHIA, PA  19107
Telephone # (215) 575-4330
PA Attorney ID 52865

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THEOKARY, RAFAIL<br><br>Debtor(s) | CHAPTER 7<br><br>CASE NO. 07-11008 DWS<br><br>HONORABLE Diane Weiss Sigmund |

**CERTIFICATE OF SERVICE**

The undersigned certifies that if the foregoing Limited Response was not served upon the persons set forth in the Court's Mailing Matrix by electronic means pursuant to L.B.R. 5005 and Paragraphs 2.c. of this Court's Standing Order dated April 1, 2003, as amended, then I caused a copy of the Notice to be served upon those parties listed in the Court's Mailing Matrix via First Class United States Mail. I also emailed a copy to Mr. Porcara at jrpesq@apl.com.

/s/ Gary F. Seitz
Gary F. Seitz
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
Phone: (215) 575-4330
Fax: (215) 563-2583
gseitz@rawle.com

Dated: February 23, 2009
Philadelphia, PA